1  BETH W. MORA, ESQ.  BAR NO.: 208859
   LAW OFFICES OF LUCIUS A. COOPER
2  A Professional Corporation
   18 Crow Canyon Court, Suite 145
3  San Ramon, California  94583
   Telephone:  (925) 820-8949
4  Facsimile:   (925) 820-0278

5  Attorneys for Plaintiff

6

   JONATHAN ALLAN KLEIN, ESQ. BAR NO.: 162071
7  JOSHUA M. HENDERSON, ESQ.   BAR NO.: 197435
   KELLY, HERLIHY & KLEIN, LLP
8  44 Montgomery Street, Suite 2500
   San Francisco, California 94104
9  Telephone: (415)951-0535
   Facsimile: (415)391-7808
10
   Attorneys for Defendants
11

12                     **UNITED STATES DISTRICT COURT**

13                     **NORTHERN DISTRICT OF CALIFORNIA**

14
   JEFF SIROTA,                                  )   NO.  C05-03296 SI
15                                               )
            Plaintiff,                           )   **STIPULATION AND [PROPOSED]**
16                                               )   **ORDER CONTINUING THE CASE**
   vs.                                           )   **MANAGEMENT CONFERENCE**
17                                               )
   PENSKE TRUCK LEASING CORPORATION, and         )   DATE:      December 9, 2005
18 DOES 1 thru 50,                               )   TIME:      2:00 p.m.
                                                 )   CTRM:      10, 19th Floor
19          Defendant.                           )
   _____ )
20

21      The parties to the above-entitled action jointly submit this Stipulation to Continue the Scheduling

22 order in this matter.

23      WHEREAS the Case Management Conference is currently scheduled for December 9, 2005 at 2:00

24 p.m.;

25      WHEREAS Plaintiff's counsel is scheduled to attend a Court Ordered Settlement Conference on

26 December 9, 2005, 2:00 p.m., in San Mateo Superior Court;

27      WHEREAS the parties have met and conferred and are both available for a Case Management

28 Conference on December 2, 2005 at 2:00 p.m.;

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CMC
CASE NO.  C05-03296

1 | THEREFORE the parties jointly request the current Case Management Conference scheduled for December 9, 2005 at 2:00 p.m. be moved forward to December ~~2~~ 1, 2005 at ~~2:00 p.m.~~ 9:00 a.m.

**SIGNATURE OF COUNSEL**

DATED: 10/24/05        By: _/s/_____
BETH W. MORA
LAW OFFICES OF LUCIUS A. COOPER
Attorneys for Plaintiff

DATED: 10/24/05        By: _/s/_____
JONATHAN ALLAN KLEIN
JOSHUA M. HENDERSON
KELLY, HERLIHY & KLEIN, LLP
Attorneys for Defendants

**ORDER**

It is so ordered.

DATED: _____        By: _____
UNITED STATES DISTRICT JUDGE

[Stamp: GRANTED — Judge Susan Illston — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CMC
CASE NO. C05-03296                2