IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFF SIROTA,

        Plaintiff,

v.

PENSKE TRUCK LEASING,

        Defendant.
                            /

No. C 05-03296 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 31, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 1, 2006.

DESIGNATION OF EXPERTS: 8/14/06; REBUTTAL: 9/4/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 26, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by June 16, 2006;

    Opp. Due June 30, 3006; Reply Due July 7, 2006;

    and set for hearing no later than July 21, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 21, 2006 at 3:30 PM.

JURY TRIAL DATE: December 4, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be seven days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in private mediation on March 27, 2006 with Jude Westerfield.

This case shall also be referred to a magistrate-judge for purposes. The settlement conference shall occur during the week of August 7, 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/2/05

                                                                     SUSAN ILLSTON
                                                                     United States District Judge