BETH W. MORA, ESQ.  BAR NO.: 208859
LAW OFFICES OF LUCIUS A. COOPER
A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California  94583
Telephone:  (925) 820-8949
Facsimile:  (925) 820-0278

Attorneys for Plaintiff

THOMAS K. HOCKEL, ESQ. BAR NO.: 172367
KELLY, HERLIHY & KLEIN, LLP
44 Montgomery Street, Suite 2500
San Francisco, California 94104
Telephone: (415)951-0535
Facsimile: (415)391-7808

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF SIROTA, | NO.  C05-03296 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| PENSKE TRUCK LEASING CORPORATION, and DOES 1 thru 50, | DATE: March 31, 2006<br>TIME: 2:30 p.m.<br>CTRM: 10, 19th Floor |
| Defendant. | |

The parties to the above-entitled action jointly submit this Stipulation to Continue the Further Case Management Conference in this matter.

WHEREAS the Further Case Management Conference is currently scheduled for March 31, 2006 at 2:30 p.m., as such, the last day to meet and confer for the Further Statement is March 17, 2006 and last day to file the Further Statement is March 24, 2006;

WHEREAS counsel in this case have agreed to attend private mediation with Judge Rebecca Westerfield (ret.) on March 27, 2006;

WHEREAS to promote judicial efficiency, the parties request the Further Case Management

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CMC
CASE NO.  C05-03296 SI

Conference and deadline for filing the Further Statement be scheduled to occur following the mediation;

WHEREAS the parties have met and conferred and are both available for a Further Case Management Conference on April 21, 2006 at 2:30 p.m.;

THEREFORE the parties jointly request the current Case Management Conference scheduled for March 31, 2006 at 2:30 p.m. be moved forward to April 21, 2006 at 2:30 p.m.

**SIGNATURE OF COUNSEL**

DATED:   February 7, 2006          By:   /s/_____
                                         BETH W. MORA
                                         LAW OFFICES OF LUCIUS A. COOPER
                                         Attorneys for Plaintiff

DATED:   February 7, 2006          By:   /s/_____
                                         THOMAS K. HOCKEL
                                         KELLY, HERLIHY & KLEIN, LLP
                                         Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

DATED: _____                        _____
                                         DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Susan Illston]*

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CMC
CASE NO. C05-03296 SI                    2