1  BETH W. MORA, ESQ., BAR NO.: 208859
   LAW OFFICES OF LUCIUS A. COOPER
2  A Professional Corporation
   18 Crow Canyon Court, Suite 145
3  San Ramon, California  94583
   Telephone:  (925) 820-8949
4  Facsimile:   (925) 820-0278

5  Attorneys for Plaintiff

6
   THOMAS K. HOCKEL, ESQ., BAR NO.: 172367
7  KELLY, HERLIHY & KLEIN, LLP
   44 Montgomery Street, Suite 2500
8  San Francisco, California 94104
   Telephone: (415)951-0535
9  Facsimile: (415)391-7808

10 Attorneys for Defendants

11

12            **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14 JEFF SIROTA,                              )   NO.  C05-03296 SI
                                             )
15          Plaintiff,                       )   **STIPULATION AND [PROPOSED]**
                                             )   **ORDER CONTINUING FURTHER CASE**
16 vs.                                       )   **MANAGEMENT CONFERENCE**
                                             )
17 PENSKE TRUCK LEASING CORPORATION, and     )   DATE:     April 21, 2006
   DOES 1 thru 50,                           )   TIME:     2:30 p.m.
18                                           )   CTRM:     10, 19th Floor
            Defendant.                       )
19 _____  )

20
          The parties to the above-entitled action jointly submit this Stipulation to Continue the Further Case
21
   Management Conference in this matter.
22
          WHEREAS, the Further Case Management Conference is currently scheduled for April 21, 2006 at
23
   2:30 p.m.  As such, the last day to meet and confer in preparation for the parties' Further Statement is April
24
   7, 2006, and the last day to file the Further Statement is April 14, 2006;
25
          WHEREAS. counsel in this case previously agreed to attend private mediation with Judge Rebecca
26
   Westerfield (ret.).  The mediation was moved from March 27, 2006 upon request from Defendant so as to
27
   conduct further discovery and to resolve ongoing issues with subpoenas for records.  Accordingly, the parties
28

1  re-scheduled mediation to occur on April 19, 2006 before Elaine Leitner;

2  　　　　WHEREAS, to promote judicial efficiency, the parties request the Further Case Management

3  Conference and deadline for filing the Further Statement be scheduled to occur following the mediation;

4  　　　　WHEREAS, the parties have met and conferred and are both available for a Further Case Management

5  Conference on May 19, 2006 at 2:30 p.m.;

6  　　　　THEREFORE the parties jointly request the current Case Management Conference scheduled for

7  April 21, 2006 at 2:30 p.m., be moved forward to May 19, 2006 at 2:30 p.m.

8

9  　　　　　　　　　　　　　　　　**SIGNATURE OF COUNSEL**

10

11
    DATED:　　　March 28, 2006　　　　By:　　_/s/_____
12
    　　　　　　　　　　　　　　　　　　　　BETH W. MORA
13　　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF LUCIUS A. COOPER
    　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
14

15  DATED:　　　March 28, 2006　　　　By:　　_/s/_____
    　　　　　　　　　　　　　　　　　　　　THOMAS K. HOCKEL
16　　　　　　　　　　　　　　　　　　　　　KELLY, HERLIHY & KLEIN, LLP
    　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
17

18
    　　　　　　　　　　　　　　　　　　**ORDER**
19
    　　　　IT IS SO ORDERED.
20

21

22  DATED:　　　_____　　　　　　　By:　_____
    　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28